UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY L. BRANSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO.  11-cv-05933 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　Plaintiff's application to proceed *in forma pauperis* is DENIED.

　　(3)　Plaintiff is ordered to pay the required filing fee within thirty (30) days of this Court's order or this matter will be dismissed.

DATED this 20th day of December, 2011.

　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　United States District Judge

ORDER - 1