UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY L. BRANSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 11-cv-05933 RJB-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 17.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Commissioner's decision in regard to plaintiff's applications for disability insurance benefits and supplemental security income payments under Titles II and XVI of the

Social Security Act be reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g) to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge ("ALJ"), a *de novo* hearing, and a new decision. On remand, the ALJ should evaluate the claimant's self-employment earnings using the standards described in 20 CFR 404.1575 and Social Security Ruling 83-34. If necessary, the ALJ should complete the sequential evaluation process.

This Court further recommends that the ALJ take any other actions necessary to develop the record. In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

The parties agree that plaintiff will be entitled to an award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper presentation of a request for such an award to this Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and **REVERSE** the Commissioner's decision pursuant to sentence four of 42 U.S.C. §405(g) with a **REMAND** of the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Dated this 25th day of June, 2012.

J. Richard Creatura
United States Magistrate Judge