UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JERRY L. BRANSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration<br><br>　　　　Defendant. | Case No.  C11-5933 RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura. Dkt. 18. The Court has considered the relevant documents and the file herein.

The Report and Recommendation recommends the Court grant the parties' Stipulated Motion to Remand this case to the Social Security Administration for further proceedings. Dkt. 18. The Report and Recommendation should be adopted, the Commissioner's decision reversed, and the matter remanded.

Therefore, it is hereby **ORDERED** that:

- The Report and Recommendation (Dkt. 18) is **ADOPTED;**

- The decision of the Commissioner is **REVERSED**; and

ORDER - 1

1     •    The case is **REMANDED** to the Social Security Administration for further proceedings.

2     The Clerk is directed to send a copy of this Order to all counsel of record, to any party

3 appearing *pro se* at said party's last known address, and to the Hon. J. Richard Creatura.

4     DATED this 26th day of June, 2012.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2